**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**John Matthew LORENTINE,**
**Defendant—Appellant.**

No. 08–10192.

United States Court of Appeals, Ninth Circuit.

Submitted March 18, 2009.*

Filed March 27, 2009.

Patrick T. Barry, Esquire, George Ferko, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Brick P. Storts, III, Esquire, Barton & Storts, Tucson, AZ, for Defendant–Appellant.

Before: LEAVY, HAWKINS and TASHIMA, Circuit Judges.

## MEMORANDUM **

John Matthew Lorentine appeals from the 120–month sentence imposed following his guilty-plea conviction for conspiracy to possess with intent to distribute marijuana, in violation of 21 U.S.C. §§ 841(a)(1),

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

(b)(1)(B)(vii) and 846. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Lorentine contends that the district court abused its discretion by refusing to accept the parties' plea agreement and sentencing the defendant to a term of imprisonment beyond the scope of that provided in the agreement without giving due consideration to the factors argued by counsel and outlined in 18 U.S.C. § 3553(a). We conclude that the district court did not abuse its discretion. *See In re Morgan,* 506 F.3d 705, 711–12 (9th Cir. 2007).

Lorentine also contends that the sentence is unreasonable because the district court failed to adequately consider the § 3553(a) factors and disregarded his mitigating evidence. We conclude that the district court did not procedurally err, and that the sentence imposed is substantively reasonable. *See Gall v. United States,* 552 U.S. 38, 128 S.Ct. 586, 596–97, 169 L.Ed.2d 445 (2007); *see also United States v. Carty,* 520 F.3d 984, 991–93 (9th Cir.2008) (en banc).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.